895 A.2d 448

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. AKBAR SABAR, DEFENDANT–RESPONDENT.

March 16, 2006.

ORDERED that the petition for certification is granted, limited solely to that portion of the judgment of the Appellate Division that remanded the matter for resentencing on the second-degree eluding conviction is summarily reversed, and the sentence imposed by the Trial Court is reinstated. *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).

895 A.2d 448

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TROY CLAYTON, DEFENDANT–PETITIONER.

March 23, 2006.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).

895 A.2d 449

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
KEVIN W. JOHNSON, DEFENDANT–PETITIONER,
AND CHAZ MORGAN, DEFENDANT.

March 29, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).